UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:         Case No.: 23-15886

VIRGINIA COULIBALY        Chapter: 7

Judge: Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on October 12, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 8 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a
Certification of No Objection.

Description and value of property:

   (50% interest in) Real estate located at:
   422 S Cook Ave., Trenton, NJ 08629

   Valued at: $153,200.00

Liens on property:

   Amerisave Mortgage
   $110,500.00

Amount of equity claimed as exempt:

   $27,900.00

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Trustee

Address: McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15886-MBK |
| Virginia Coulibaly | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf905 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia Coulibaly, 422 S Cook Ave., Trenton, NJ 08629-2307 |
| 519967845 | + | Nissan Motor Acceptance, P.O. Box 740849, Cincinnati, OH 45274-0849 |
| 519967849 | + | TD RCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, Mahwah, NJ 07430-2035 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519967837 | + | Email/Text: bankruptcy@sccompanies.com | Sep 11 2023 20:48:00 | ASHRO, 1112 7TH AVENUE, Monroe, WI 53566-1364 |
| 519967838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 20:57:12 | BESTBUY/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 519967839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 20:44:04 | BRAND SOURCE/CITI CBNA, 5800 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108-5027 |
| 519967840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2023 21:08:19 | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519967841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2023 20:47:00 | COMENITYBANK/HELZBERG, 3075 LOYALTY CIRCLE, Columbus, OH 43219-3673 |
| 519967836 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 11 2023 20:47:00 | Amerisave Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519967842 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 11 2023 20:48:00 | FINGERHUT, 6250 RIDGEWOOD RD, Saint Cloud, MN 56303-0820 |
| 519967843 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 20:44:48 | MACYS/CITIBANK, N.A., 911 DUKE BLVD, Mason, OH 45040 |
| 519967844 | + | Email/Text: bankruptcy@sccompanies.com | Sep 11 2023 20:48:00 | MIDNIGHT, 1112 7TH AVE, Monroe, WI 53566-1364 |
| 519967846 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2023 21:27:22 | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 519967847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2023 21:07:51 | SYNCB/WALGREENSDC, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 519967848 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 20:44:56 | SYWMC/CBNA, 701 E 60TH STREET N., Sioux Falls, SD 57104-0432 |
| 519967850 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 20:43:31 | THD/CBNA, ONE COURT SQUARE, Long Island City, NY 11120-0001 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf905 | Total Noticed: 18 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Mark Kriegel | on behalf of Debtor Virginia Coulibaly mkriegel@kriegellaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4