Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  23–15886–MBK
        Chapter:  7
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Virginia Coulibaly
   422 S Cook Ave.
   Trenton, NJ 08629

Social Security No.:
   xxx–xx–7181

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

422 S Cook Ave., Trenton, NJ 08629


Dated: October 6, 2023
JAN: mmf

                                                   Jeanne Naughton
                                                   Clerk